UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. DuBOSE, WE4428,<br><br>    Petitioner,<br><br>  v.<br><br>DERRAL G. ADAMS, Warden,<br><br>    Respondent. | Case No. 17-0837 SK (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of a conviction from Butte County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at the Central California Women's Facility in Chowchilla, Madera County, which also lies within the venue of the Eastern District. See id.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because Butte County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: March 13, 2017

                 _/s/ Sallie Kim_
                 _____
                 SALLIE KIM
                 United States Magistrate Judge